FILED

JUN 27 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT

1  BARRY J. PORTMAN
   Federal Public Defender
2  ELIZABETH M. FALK
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   (415) 436-7700
5
   Counsel for Defendant TANISHA AARON
6

7
              IN THE UNITED STATES DISTRICT COURT
8
          FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,        )   No. CR 06-379 JSW
11                                  )
                  Plaintiff,        )   **STIPULATED MOTION AND**
12                                  )   ~~PROPOSED~~ **ORDER FOR OUT OF**
        v.                          )   **DISTRICT TRAVEL**
13                                  )
   TANISHA AARON,                   )
14                                  )
                  Defendant.        )
15 _____  )

16

17
        Defendant Tanisha Aaron respectfully requests permission from the Court to travel to
18
   Sacramento to be with her extended family for the Fourth of July holiday. Assistant United
19
   States Attorney Drew Caputo has been contacted by defense counsel, and he has no objection to
20
   this motion for out-of-district travel. Similarly, Michelle Nero, United States Pretrial Services
21
   Officer, has been contacted by defense counsel, and has no objection to this motion for out-of-
22
   district travel.
23
        Ms. Aaron respectfully requests permission to leave the district on Thursday, June 29th. If
24
   permitted, Ms. Aaron will stay with Rebecca Hunter at 272 River Run Circle in Sacramento,
25
   California. The phone number at this residence is 916-613-3844. Ms. Aaron will return to this
26

06-379 Mot. Out-of-Dist Travel                1

district on Wednesday, July 5, 2006.

Ms. Aaron is under the terms and conditions set by this Court at the bond hearing. During her out of district travel, all terms of the bond would remain, with the exception of the condition that forbids travel out of the district. During the period of June 29th through July 5th, the travel restriction condition will be extended to include the Eastern District of California, specifically Sacramento and all counties on Interstate 80 that Ms. Aaron needs to travel through to reach Sacramento.

Dated: June 27, 2006

_____
ROBERT D. REES for DREW CAPUTO
Assistant United States Attorney

_____
ELIZABETH M. FALK
Assistant Federal Public Defender

## [PROPOSED] ORDER

For good cause shown, defendant Tanisha Aaron is hereby authorized to travel to Sacramento for the Fourth of July holiday on June 29th, 2006. She is hereby ordered to return to the Northern District of California no later than 10:00 p.m. on Wednesday, July 5 2006. The travel restriction on her bond is thus modified during the period of time between June 29, 2006 and July 5, 2006. All other bond conditions remain in effect during this period.

IT IS SO ORDERED.

Dated: June 27, 2006

_____
THE HONORABLE NANDOR VADAS
United States Magistrate Judge

06-379 Mot. Out-of-Dist Travel                          2