BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
(415) 436-7700

Counsel for Defendant TANISIA AARON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TANISIA AARON,<br><br>Defendant. | No. CR 06-379 JSW<br><br>**STIPULATED MOTION FOR CONTINUANCE OF BRIEFING SCHEDULE AND MOTION HEARING DATE ON DEFENDANT'S MOTION TO SUPPRESS**<br><br>Date: August 10, 2006<br>Time: 2:30 p.m.<br>Court: The Honorable Jeffrey S. White |

The parties stipulate and respectfully request as follows:

1. A briefing schedule on Defendant's Motion to Suppress has been established by this Court as follows:

   Opening Motion Due: July 13, 2006

   Response Due: July 27, 2006

   Reply Due: August 3, 2006

   Motion Hearing: August 10, 2006, at 2:30 p.m.

2. Defense counsel learned last week that she will need to be out of the country in both the Republic of Cyprus and Malta to take Rule 15 depositions in the matter

of *United States v. Roman Vega*, CR-04-101 CRB, between July 17 and August 10, 2006. These dates have been established by the United States Attorney's Office and the appropriate judicial authority in Malta, and are not within the control of defense counsel;

3. The international deposition schedule will not permit Ms. Falk from writing a reply brief by August 3, 2006, or attending a motion hearing on August 10, 2006, as she will only be returning to the United States on August 10, 2006;

4. As a result of defense counsel's unexpected absence from the United States, the parties stipulate and respectfully request this Court to re-set the briefing schedule and motion hearing date on Defendant's Motion to Suppress as follows:

Motion to Suppress Due: July 20, 2006

Response Due: August 3, 2006

Reply Due: August 17, 2006

Motion Hearing: August 31, 2006, at 2:30 p.m;

5. Should the Court not accept the proposed dates, defense counsel is willing to expedite the proposed briefing schedule with respect to the Reply Brief if necessary. Defense counsel respectfully requests at least three days after August 10, 2006 to prepare a reply brief, and will be available to make any special setting this Court deems appropriate after that date.

//

//

//

//

//

//

**IT IS SO STIPULATED**

Dated: July 6, 2006

_______________/S/_________________________
DREW CAPUTO
Assistant United States Attorney

Dated: July 3, 2006

________________/S/_______________________
ELIZABETH M. FALK
Assistant Federal Public Defender

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

**~~[PROPOSED]~~ ORDER**

For the reasons stated herein, and for good cause shown, the briefing schedule and motion hearing date previously established by this Court for Defendant's Motion to Suppress in the aforementioned case are hereby VACATED. The briefing schedule shall be altered as follows:

| | |
|---|---|
| Motion to Suppress Due: | July ~~13~~ 20, 2006 |
| Response Due: | August 3, 2006 |
| Reply Due: | August 17, 2006 |
| Motion Hearing: | August 31, 2006, at 2:30 p.m.. |

For the reasons stated herein, including the unavailability of defense counsel, and for good cause shown, this Court also finds that the ends of justice served by excluding the period from August 10, 2006 to August 31, 2006 outweigh the interest of the public and the defendant in a speedy trial, and orders that the period from August 10, 2006 to August 31, 2006, is excluded from Speedy Trial Act calculations pursuant to 18 U.S.C. § 3161(h)(1)(F) and § 3161(h)(8)(B)(iv).

**IT IS SO ORDERED.**

Dated: July 10, 2006

THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

by Honorable Phyllis J. Hamilton