**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TANISIA AARON,<br><br>　　　　Defendant.<br>_____ / | No. CR 06-00379 JSW<br><br>**ORDER SETTING EVIDENTIARY HEARING ON MOTION TO SUPPRESS** |

　　　　This matter is currently set for a hearing on August 31, 2006 at 2:30 p.m. on Defendant's motion to suppress fruits of an allegedly illegal search and seizure. Having considered the parties' pleadings, the Court finds that an evidentiary hearing is warranted.

　　　　Accordingly, the parties shall appear for an evidentiary hearing at 10:00 a.m. on September 6, 2006. The hearing set for August 31, 2006 is VACATED.

　　　　**IT IS SO ORDERED.**

Dated: August 24, 2006

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE