BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
(415) 436-7700

Counsel for Defendant TANISIA AARON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>TANISIA AARON,  )<br>  )<br>Defendant.  )<br>_____) | No. CR 06-0379 JSW<br><br>**STIPULATED PETITION FOR RELEASE OF GRAND JURY TRANSCRIPTS - FED RULE CRIM PRO 6(e)(3)(E)(i); [PROPOSED] ORDER**<br><br>Date:  September 6, 2006<br>Time:  10:00 a.m.<br>Court: The Honorable Jeffrey S. White |

The parties hereby stipulate and agree as follows:

1. Defendant Tanisia Aaron hereby petitions this Court for the early release of grand jury transcripts in a matter that is set for hearing on defendant's suppression motion on September 6, 2006 at 10:00 a.m. before Judge White;

2. The government has no objection to the early release of the transcripts, and hereby stipulates and agrees to the release of the transcripts. This stipulation suffices as the government's opportunity to be heard on the matter, as required by Federal Rule of Criminal Procedure 6(e)(3)(G).

3. The parties thus stipulate and agree, and jointly request this Court to order the

No. CR 06-0379 JSW; Stipulation and Proposed
Order re Grand Jury Transcripts                 1

early release of all grand jury transcripts in this matter forthwith.

Dated: September 1, 2006

DATED:_____                     _____/S/_____
                                       ELIZABETH M. FALK
                                       Assistant Federal Public Defender

DATED:_____                     _____/S/_____
                                       DREW CAPUTO
                                       Assistant United States Attorney

1
2
3            IN THE UNITED STATES DISTRICT COURT
4           FOR THE NORTHERN DISTRICT OF CALIFORNIA
5
6  UNITED STATES OF AMERICA,        )   No. CR 06-0379 JSW
                                    )
7          Plaintiff,                )
                                    )
8     v.                            )   **ORDER**
                                    )
9  TANISIA AARON,                   )
                                    )
10         Defendant.                )
                                    )
11
12
13   Pursuant to Federal Rule of Criminal Procedure 6(e)(3)(E)(i), for good cause shown, and
based upon the stipulation filed herewith, the grand jury transcripts currently held by the
14
government in Case No. CR 06-0379 JSW are hereby ORDERED released to defendant
15
forthwith.
16
17
IT IS SO ORDERED
18
19
Dated: September __1,__ 2006
20
                                              _____
21                                            EDWARD M. CHEN
                                              UNITED STATES MAGISTRATE JUDGE
22
23
24
25
26

No. CR 06-0379 JSW; Stipulation and Proposed
Order re Grand Jury Transcripts            3