KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

ANDREW P. CAPUTO (CSBN 203655)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7004
   Fax: (415) 436-7234
   E-mail: andrew.caputo@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 06-0379 JSW |
|---|---|
|     Plaintiff, | ) |
|     v. | ) NOTICE OF DISMISSAL |
| TANISIA AARON, | ) |
|     Defendant. | ) (San Francisco Venue) |

    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment without prejudice and moves that the Court quash the arrest warrant issued in connection with the indictment in this case.

DATED: September 6, 2006

                                    Respectfully submitted,

                                    KEVIN V. RYAN
                                    United States Attorney

                                    MARK L. KROTOSKI
                                    Chief, Criminal Division

NOTICE OF DISMISSAL (CR 06-0379 JSW)

1 | Leave is granted to the government to dismiss the indictment. It is **further** ordered that the
2 | arrest warrant issued in connection with the indictment is quashed.

Date: September 6, 2006

_____
HONORABLE JEFFREY S. WHITE
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the office of the United States Attorney, Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned certifies that she caused copies of

**NOTICE OF DISMISSAL**

in the case of **UNITED STATES V. TANISIA AARON, CR 06-0379 JSW** to be served on the parties in this action, by placing a true copy thereof in a sealed envelope, addressed as follows which is the last known address:

**Elizabeth Falk, Esq.**
**Federal Public Defender's Office**
**450 Golden Gate Avenue**
**San Francisco, CA 94102**

__X__ (By Personal Service), I caused such envelope to be delivered by hand to the person or offices of each addressee(s) above.

_____ (By Facsimile), I caused each such document to be sent by Facsimile to the person or offices of each addressee(s) above.

_____ (By Mail), I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at San Francisco, California.

_____ (By Fed Ex), I caused each such envelope to be delivered by FED EX to the address listed above.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   September 6, 2006

/s/
RAWATY YIM
United States Attorney's Office